■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAURENCE CARROLL, Relator, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Judgment signed and entered. Application for order to show cause denied. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.